**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GORRIO** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-4807** |
| | : | |
| **CORRECTIONAL OFFICER** | : | |
| **SHORTER,** *et al.* | : | |

**ORDER**

This 2nd day of March, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions, ECF 34 and ECF 40, are **GRANTED** and Plaintiff's Third Amended Complaint, ECF 14, is **DISMISSED** with prejudice.

/s/ Gerald Austin McHugh
United States District Judge